**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-12-881-PHX-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Orlando Noris-Uriarte, | ) ) | |
| Defendant. | ) ) ) | |

The Court has received and considered Defendant's motion, erroneously entitled "Defendant's Motion to Continue Admit/Deny Hearing," doc. 30, when this matter is, in fact, set for a revocation/admission hearing.

Good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Continue Admit/Deny Hearing, doc. 30, is **GRANTED**. The revocation/admission hearing set for November 2, 2012 at 11:15 a.m. is reset to **Friday, November 30, 2012 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that defense counsel shall notify the assigned AUSA three business days prior to the hearing if the Defendant will proceed with an admission.

**IT IS FURTHER ORDERED** that because a district court "must hold the revocation hearing within a reasonable time in the district having jurisdiction[,]" there

///

///

shall be no further continuances of the revocation hearing. *See* Rule 32.1(b)(2), Fed.R.Crim.P.

DATED this 1st day of November, 2012.

Lawrence O. Anderson
United States Magistrate Judge